The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAARON JAVON DAVIS, <br><br> Defendant. | CASE NO. CR20-160 RSL <br><br> ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

The Court, having reviewed the Unopposed Motion to Dismiss the Indictment, enters the following order:

IT IS HEREBY ORDERED that the Indictment in this case is dismissed without prejudice with respect to defendant Jaaron Javon Davis.

Dated this 6th day of April, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order Dismissing Indictment
*United States v. Davis* / CR20-160 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970